UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                       )<br>                    Plaintiff,               )<br>                                                       )<br>         v.                                        )<br>                                                       )<br> SANTIAGO CRUZ-MORENO,      )<br>                                                       )<br>                    Defendant.           )<br> _____ ) | Case No. 07-MJ-277<br><br>DETENTION ORDER |

Offenses charged:

    Count 1:  Conspiracy to Distribute and to Possess with Intent to Distribute Cocaine in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846.

    Count 2:  Conspiracy to Engage in Money Laundering in violation of 18 U.S.C. §§ 1956(h) and 2.

Date of Detention Hearing:    June 18, 2007.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk based on the nature of the pending charges.  Application of the presumption is appropriate in this case.

DETENTION ORDER                                         15.13
18 U.S.C. § 3142(i)                                        Rev. 1/91
PAGE 1

(2) Defendant is a citizen of Mexico.

(3) Defendant has no ties to this community or to the Western District of Washington.

(4) There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 18th day of June, 2007.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge